Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

— NO IFP

# UNITED STATES DISTRICT COURT
for the

__Southern__ District of __California__

_____ Division



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 11 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. 8:22-CV-00387-SVW (JEM)
*(to be filled in by the Clerk's Office)*

**VERNELL WHITE**
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

SHERIFF DON BARNES 1-10 INCLUSIVE,
COUNTY OF ORANGE, 1-15 MEDICAL STAFF
DOES, et, al;

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

FEB 2 5 2022

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Vernell White
   All other names by which you have been known:
   ID Number: 3089605
   Current Institution:
   Address: 501 City Drive South
   Orange, CA 92868
   City / State / Zip Code

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Don Barnes
   Job or Title (if known): Sheriff-Coroner
   Shield Number: N/A
   Employer: Sheriff Department Orange County
   Address: 550 N. Flower Street
   Santa Ana, CA 92703
   City / State / Zip Code
   [✓] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name: N/A
   Job or Title (if known): Medical Health Care Provider(s)
   Shield Number: N/A
   Employer: Orange County Health Care Agency
   Address: 550 North Flower Street
   Santa Ana, CA 92703
   City / State / Zip Code
   [✓] Individual capacity   [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

                              *City*          *State*          *Zip Code*
    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

                              *City*          *State*          *Zip Code*
    ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☐ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Both Sheriff Don Barnes, and the Orange County Health Care Agency each has easily met requirements of Bane act §52.1 cep and are subject to it's entitlements to the plaintiff. They may severally/Individually pay $5,000 "As required in the Statutes set in §52.1 cep. (Tom Bane Act)

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

County of Orange.

O.C.S.D. Mens Central Jail Sunday Jan 16, 2022

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

January 16, 2022. at Approx 11:45 A.M.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I went to see a medical practitioner for rashes that had developed on my upper back. It had been determined that I had Shingles and then placed on quarantine in m-mod until Wednesday Jan 19. The following day Monday Jan 17th I had been moved from M-mod to B-10 Cell-5 with an Inmate that was in that cell on quarantine due to testing positive for Covid-19. I was then moved 1 hour later with the inmate that tested positive for Covid-19 along with several others that were also positive for Covid-19 to the loop cell P-A-24

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I had tested positive for Covid-19 as a result of being taken out of M-mod and placed into a cell that had been occupied by inmates that were then at that time on quarantine for testing positive for Covid-19. I was tested on Tuesday Jan. 18 2022. as a result I had a high fever, and difficulty breathing, chills E.T.C. I did not receive treatment for Covid-19, only for Shingles. Valacyclovir HCL 1,000 mg by Dr/NP Kang Shamein

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I seek $150,000 Per Person (Sheriff Don Barnes & Medical Staff) with an additional $25,000 Per Person again the said sheriff & Medical Staff)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Central Mens Jail*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*No*

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

O.C.S.D Mens Central Jail

2. What did you claim in your grievance?

That I had been transferred from an medical quarantine meant to treat shingles that should have been from 1-16-22 to 1-19-22. Instead I was moved on 1-17-22 and placed into a cell with an inmate that tested positive for covid-19 where I was then tested for covid on 1-18-22 And I tested positive due to medical and classification gross negligence

3. What was the result, if any?

The Grievance had been returned to me with an staff response stating quote; "Contact medical Records for results, Which was left unsigned by the responding Deputy.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I resubmitted another Grievance without reply.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-22-22

Signature of Plaintiff: *Vernell White*
Printed Name of Plaintiff: VERNELL WHITE
Prison Identification #: 3089605
Prison Address: 501 City Drive South, Orange, CA 92868

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                    City                State         Zip Code

Telephone Number
E-mail Address



# Superior Court of California
# County of Orange
Criminal/Traffic Operations

**David H Yamasaki**
Court Executive Officer

$S_{A \wedge 1 y}$

**CENTRAL JUSTICE CENTER**
700 Civic Center Drive West
Santa Ana, CA 92702-1138

PHONE: (657) 622-8459
www.occourts.org

February 28, 2022

Vernell White
501 City Dr. S
Orange, CA 92868


We are unable to process your request due to the following: **Please provide a case number on motion in order for us to process. Thank you.**

Please provide this court with the additional information requested below:

☒ Orange County Superior Court Case Number:

☐ Complete Name:

☐ Driver License No:         State Issued:

☐ Date of Birth:

☐ Other:


Please respond immediately to avoid additional delays.


M. Cardenas
Deputy Clerk
Criminal/Traffic Operations

**CRIMINAL/TRAFFIC DIVISION HOURS**
Monday - Friday: 8:00 am - 4:00 pm

**PAYMENT OPTIONS**
Payment can be mailed to the Information and Payment Center – P.O. Box 6040, Newport Beach, CA 92658-6040
Make check or money order payable to "Clerk of the Court"
Automated Payment & Information Center accepts Visa, MasterCard, American Express and Discover,
call (657) 622-8459 available 24 hours, 7 days a week.

For access to online case information, visit www.occourts.org and click on the Case link.

2/9/10

501 The City Dr. south
Orange CA 92868

(Legal mail)

MAR 11 2022
CLERK
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

The Ronald Reagan Federal Courthouse
411 W. 4th Street Rm 1053
Santa Ana CA 92701

THESES EAST FACILITY
INMATE MAIL

92701$4516 C013



Vernell White
501 The City Dr. South
Orange CA. 92868.

(Legal Mail)

ORANGE COUNTY JAIL
THEO LACY FACILITY

The Ronald Reagan Fed. Building
411 W 4th Street Rm. 1053
Santa Ana CA 92701

MAR 11 2022
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY